AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Dionis Rodriguez<br><br>*Plaintiff(s)*<br><br>v.<br><br>GB Lodging, LLC; Anolag Jacpot 2 JV, LLC; GFI Capital Resources Group, Inc.; GFI Capital Holdings, LLC; Allen I. Gross; and Bruce Blum<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-04370 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached Rider to the Summons

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James W. Fribley
41 Cannon Court
Huntington, NY 11743
(347) 977-0651
jfribley@huthreynolds.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/27/2022

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-04370

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____    _____
                        *Server's signature*

                        _____
                        *Printed name and title*

                        _____
                        *Server's address*

Additional information regarding attempted service, etc:

## Rider to the Summons

**Defendants' Names and Addresses**

1. **GB Lodging, LLC**
   c/o National Registered Agents, Inc.
   1209 Orange Street
   Wilmington, DE 19801

2. **Anolag Jacpot 2 JV, LLC**
   c/o National Registered Agents, Inc.
   1209 Orange Street
   Wilmington, DE 19801

3. **GFI Capital Resources Group, Inc.**
   Attention: General Counsel
   140 Broadway 41st Floor
   New York, NY, 10005

4. **GFI Capital Holdings, LLC**
   c/o GFI Capital Resources Group, Inc.
   140 Broadway 41st Floor
   New York, NY, 10005

5. **Allen I. Gross**
   c/o GFI Capital Resources Group, Inc.
   140 Broadway 41st Floor
   New York, NY, 10005
   and
   c/o Levitt LLP
   129 Front Street
   Mineola, NY 11501

6. **Bruce Blum**
   c/o Liberty Hotel Advisors, LLC
   3 Indian Trail
   Armonk, NY 10504
   and
   c/o Levitt LLP
   129 Front Street
   Mineola, NY 11501